## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JIM CHERB,**                                                          **PLAINTIFF**
**ADC #662446**

**v.**                                **4:21-CV-01057-BSM**

**GARY M. ARNOLD,** *et al.*                              **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of November, 2021 .

UNITED STATES DISTRICT JUDGE